1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT TECHNOLOGY LICENSING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KYOCERA CORPORATION and KYOCERA COMMUNICATIONS, INC.,<br><br>Defendants. | No. 2:15-cv-346<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |

Plaintiff Microsoft Technology Licensing, LLC, hereby discloses that it is a wholly owned LLC of Microsoft Corporation.

DATED this 6th day of March, 2015.

CORR CRONIN MICHELSON
BAUMGARDNER & FOGG & MOORE LLP

*/s/William F. Cronin*
William F. Cronin, WSBA 8667
1001 Fourth Ave, Suite 3900
Seattle, WA 98154
Phone:  (206) 625-8600
wcronin@corrcronin.com
*Attorney for Plaintiff*

PLAINTIFF'S CORPORATE DISCLOSURE
STATEMENT PURSUANT TO FRCP 7.1  – Page 1

**CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

353 10 fc053y29qg